IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE<br><br>Defendant. | Case No. 4:10-CV-229-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motions for summary judgment (docket nos. 79 & 83 part 1) filed by defendant FWS and the intervenors are GRANTED, and the joint motion to dismiss (docket no. 83 part 2) filed by the FWS and plaintiff Guardians is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment filed by WWP (docket no. 71) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

**Memorandum Decision & Order – page 1**



DATED:  **February 2, 2012**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order – page 2**