Regina E. Hovet, Esq.
ISB # 6604
P.O. Box 1
Owyhee, NV  89832
Ph:  (360) 631-8145
RegelizH@aol.com

Thomas J. Woodbury
MT State Bar # 6474
P.O. Box 7681
Missoula, MT  59807
Tele. (406) 728-5631
tom@westernwatersheds.org

Attorneys for Plaintiff Western Watersheds Project

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, And WILDEARTH GUARDIANS, <br><br>    Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendant. | ) **No. 10-cv-229-BLW** <br> ) <br> ) **RULE  59 MOTION** <br> ) **TO AMEND OR ALTER** <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW PLAINTIFF Western Watersheds Project in the above referenced matter, by and through its attorneys, and pursuant to Rule 59 of the Fed.R.Civ.Pro., moves this Court to amend summary judgment granted to Defendant based upon the reasons set forth in the accompanying brief.

Respectfully submitted this 28th day of February, 2012.

/s/ Regina E. Hovet, Esq.
Regina E. Hovet, Esq.
ISB # 6604
P.O. Box 1
Owyhee, NV  89832
Ph:  (360) 631-8145
RegelizH@aol.com

/s/ Thomas J. Woodbury
Thomas J. Woodbury
Western Watersheds Project
P.O. Box 7681
Missoula, MT  59807
(406) 830-3099
Fax (406) 830-3085
tom@westernwatersheds.org